## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROMONT A. JONES,** : | | **CIVIL ACTION** |
| Petitioner : | | |
| : | | |
| v. : | | **NO. 11-0927** |
| : | | |
| **DAVID W. PITKINS, et al.,** : | | |
| Respondents : | | |

## O R D E R

**AND NOW**, this 14th day of October, 2011, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, IT IS HEREBY ORDERED that:

1. The petitioner's objections (Doc. No. 14) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 13) is **APPROVED** and **ADOPTED**;

3. The petition for writ of habeas corpus (Doc. No. 1) is **DENIED** with prejudice;

4. The motion for appointment of counsel (Doc. No. 12) is **DENIED**;

5. There is no probable cause to issue a certificate of appealability; and

6. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.